# NOTICE

TO: Attorneys

FR: Peter J. Welsh, Clerk of Court

RE: Special or General Admission

Attached is a petition for Admission to Practice in this Court.

**SPECIAL ADMISSION:** If you are seeking special admission for a particular case, you need to complete the attached petition. If you are an ECF registered user, please fill out the form and file your Petition for Special Admission electronically through the Court's ECF System.To file your petition, log into ECF, click on civil or criminal, then click on "Other Documents" and select the "Petition for Special Admission - Pro Hac Vice" event. During the filing of your petition, you will be prompted to enter your credit card information for the $50.00 fee associated with this filing.

If you are not an ECF registered user, you are urged to register for ECF as soon as possible. You can obtain an ECF registration form from the court's web site at [www.pamd.uscourts.gov.](http://www.pamd.uscourts.gov.) If you will be filing a Request for Waiver from Filing Electronically or have been granted a waiver, you may file your Special Admission request at one of the offices located in the Federal Buildings in Scranton, Harrisburg and Williamsport, PA. Please be sure to send a check in the amount of $50.00, made payable to the Clerk, U.S. District Court, with your petition. The basis for your admission is the case you are handling and you should list the case name and number in the appropriate spot.

**GENERAL ADMISSION:** If you are seeking general admission in Scranton or Williamsport, please complete the attached petition, contact one of the judges in either city, and set up a time to appear before the court to be sworn in. For information regarding general admission in Harrisburg, please contact the Clerk's office there, at 717-221-3920, to make arrangements.

On the day you are sworn in, your sponsor must be present to move for your admission. Bring the completed application with you, together with a check for $206.00, payable to Clerk of Court.

If you need any further assistance, feel free to call my office at (570) 207-5600.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I   Jennifer Y. Sang   , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   1628 JFK Boulevard, Suite 1000

  Philadelphia, PA 19103

  _____

Office Telephone:   215-564-1030

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of New York - 1/22/2009; State of New Jersey - 11/25/2008;

Commonwealth of Pennsylvania - 5/2/2011; Eastern District of Pennsylvania

My attorney Identification number is:   PA Bar No. 310617

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____    Date: _____

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do _____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

__X__ Special Admission (specify by a check which rule) under

LR 83.8.2.1 _X_, LR 83.8.2.2 ___, LR 83.8.2.3 ___, or LR 83.8.2.4 ___

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am admitted to practice in the U.S. District Court for the Eastern District of Pennsylvania.

I am in good standing in every jurisdiction in which I am admitted to practice, and I am not subject to pending disciplinary proceedings in any jurisdiction.

NAME THE PARTY YOU REPRESENT:

Plaintiff

If special admission is requested for a particular case, please list case number and caption:

Case #   20-156

Caption #   John Doe Student, by and through his father and next friend John Roe

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

   If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

   Judith Gran
   Reisman, Carolla, Gran, Zuba, 19 Chestnut Street, Haddonfield, NJ 08033
   PA Bar No. 40134

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

Jennifer Y. Sang
PETITIONER
PA Bar No. 310617
(Bar Identification Number and State where admitted)
3/2/2020
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER   Jennifer Y. Sang

SPONSOR'S CERTIFICATE:

I, __Judith Gran_____, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month)_____ (day)_____, (year)_____.  I have known the above petitioner for _____.  To my knowledge, the petitioner's moral character is as follows:

___Jennifer Y. Sang is of good moral character and fit to practice in this Court.___

To my knowledge, the petitioner's educational background and experience are as follows:
__Jennifer Y. Sang graduated from Temple University Beasley School of Law in 2008. She is an experienced civil rights attorney, having litigated civil rights matters for most of her professional career.__

I sponsor and recommend __Jennifer Y. Sang_____ for admission as a qualified attorney to practice before this court.

|  |  |
|---|---|
|  | Judith Gran |
|  | (sponsor) |
| Office address: | Reismann, Carolla, Gran, Zuba |
|  | 19 Chestnut Street<br>Haddonfield, NJ 08033 |
| Telephone: | 856-354-0061 |
| Attorney Bar I.D. Code No. | PA Bar No. 40134 |

# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

## CODE OF PROFESSIONAL CONDUCT

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

_____
Signature